UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EMPIRE COMMUNITY DEVELOPMENT, LLC,

                    Plaintiff,                  JUDGMENT

    v.

                                    22-CV-2576 (ENV) (SJB)

MEH ANJUM; NEW YORK CITY
ENVIROMENTAL CONTROL BOARD,

                    Defendants.
-------------------------------------------------------------X

A Memorandum and Order of the Honorable Eric N. Vitaliano, United States District Judge, having been filed on September 25, 2023, adopting the Report and Recommendation of Magistrate Sanket J. Bulsara, dated August 1, 2023, granting plaintiff's motion;  entering default judgment against defendants; awarding Plaintiff (1) $138,960.91, the amount due under the loan documents that are the subject of this action as of August 29, 2022; (2) per diem pre-judgment interest of $26.10, from August 29, 2022 until the date judgment is entered; (3) post-judgment interest at the statutory rate from the date judgment is entered until judgment is satisfied; and (4) sale and advertising expenses as certified by the referee; and the Clerk of Court having calculated the prejudgment interest at the rate set forth above, and the interest being $10,309.50; it is

    ORDERED and ADJUDGED that plaintiff's motion is granted; that default judgment is entered against defendants in the total amount of $149,270.41 plus post-judgment interest at the statutory rate from the date judgment is entered until judgment is satisfied; and that plaintiff is also awarded sale and advertising expenses as certified by the referee.

Dated: Brooklyn, New York                    Brenna B. Mahoney
       September 28, 2023                Clerk of Court

                              By:    */s/Jalitza Poveda*
                                    Deputy Clerk